FILED

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0232

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SEAN MCKELVEY CALAHAN,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 30, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions of time will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2022